| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) |
| JERROLD S. KULBACK<br>ARCHER & GREINER<br>A Professional Corporation<br>1025 Laurel Oak Road<br>Voorhees, NJ 08043<br>Phone:  (856) 795-2121<br>Fax:  (856) 795-0574<br><br>*Counsel to Seton Hall University* |
| In re:<br><br>DANIELLE EVETTE MILLER,<br><br>                      Debtor. |

Case No.: 25-19376-JKS

Chapter 13

## MOTION TO REDACT AND RESTRICT PUBLIC ACCESS

Seton Hall University ("Seton"), by and through its undersigned counsel, respectfully moves the Court pursuant to Federal Rule of Bankruptcy Procedure 9037(h), for the entry of an order redacting and prohibiting access to a previously filed document. In support of this motion, Seton respectfully represents as follows:

1. The document to be redacted is the proof of claim filed by Seton on October 28, 2025 (Claim No. 4).

2. The document contains personal identifying information that is required to be redacted under Fed. R. Bankr. Proc. 9037(a).

3. A proposed redacted version of the proof of claim is attached hereto as *Exhibit A*.

4. Under Fed. R. Bankr. Proc. 9037(h), Seton requests that the Court restrict public access to the originally filed document, and allow the proposed redacted version attached to be filed in its stead.

231320944 v1

## **CONCLUSION**

WHEREFORE, Seton requests that the Court enter an order allowing the redaction and for other and further relief as the Court deems just and proper.

Dated:  November 14, 2025

ARCHER & GREINER
A Professional Corporation
*Attorneys for Seton Hall University*

By: */s/ Jerrold S. Kulback*
     Jerrold S. Kulback

231320944 v1